People v Mosby (2023 NY Slip Op 06710)

People v Mosby

2023 NY Slip Op 06710

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023

PRESENT: CURRAN, J.P., MONTOUR, OGDEN, GREENWOOD, AND DELCONTE, JJ. (Filed Dec. 22, 2023.)

MOTION NO. (702/97) KA 12-01928.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
MARCUS MOSBY, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER Motion for a writ of error coram nobis denied.